IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT NATHANAL JARVIS,         :
       Petitioner,             :        1:19-cv-0084
                                :
v.                              :        Hon. John E. Jones III
                                :
PA STATE ATTORNEY GENERAL,:
       Respondent.             :

## ORDER

**January 15, 2019**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED. *See* R. Governing §2254 Cases R. 4.

2. The Clerk or Court is directed to NOTIFY the Petitioner and CLOSE this case.

3. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. §2253(c).

                                            s/ John E. Jones III
                                            John E. Jones III
                                            United States District Judge